IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-48-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DAISHON MARQUISE BRYANT, ) | |
| ) | |
| Defendant. ) | |

On January 24, 2020, defendant Daishon Marquise Bryant ("Brayant" or "defendant") was indicted [D.E. 1]. On August 10, 2020, defendant moved to continue the arraignment and trial to a later date [D.E. 30]. On August 11, 2020, this court granted the motion and continued the arraignment to its September 2020 term of court [D.E. 31]. On September 16, 2020, defendant moved a second time to continue the arraignment and trial to a later date [D.E. 39]. On that same date, this court granted the motion and continued the arraignment to its November 2020 term of court [D.E. 40]. On November 6, 2020, this court was informed that there is an outbreak of COVD-19 at the Franklin County Jail where defendant is being housed.

Pursuant to speedy trial computations, defendant's arraignment and trial should be held not later than November 19, 2020. This court's next terms of court are November 30 and December 7, 2020. Due to the need for professionals to address the COVID-19 outbreak at the Franklin County Jail, the ends of justice served by delaying defendant's arraignment until this court's December 7, 2020 term of court outweigh the best interests of the public and the defendant in a speedy trial. Thus, the period of delay is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED. This 6 day of November 2020.

                                                   JAMES C. DEVER III
                                                   United States District Judge