UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-48-1D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAISHON MARQUISE BRYANT | ORDER TO DETERMINE<br>COMPETENCY OF DEFENDANT |

The motion to determine competency pursuant to Title 18, U.S.C. § 4241, is hereby allowed. The defendant shall be submitted to the Bureau of Prisons for this examination.

Because the ends of justice served by this motion outweigh the best interests of the public and the Defendant in a speedy trial, such period of delay resulting from this evaluation shall be excluded pursuant to Title 18, U.S.C. § 3161(h)(7)(A).

SO ORDERED.

This **28** day of December, 2020.

JAMES C. DEVER III
United States District Judge